**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | | |
|---|---|---|
| NATHAN D. BRENZIKOFER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| EL-ROI LOGISTIC, LLC; | ) | |
| JOSE A. CONTERAS; | ) | |
| and UNITED SPECIALTY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## COMPLAINT

COMES NOW the plaintiff Nathan D. Brenzikofer, by and through his attorneys, Donald S. Andersen, Roger A. Riedmiller, and Mark A. Scott of Riedmiller, Andersen & Scott, LLC, and for his cause of action against the defendants El-Roi Logistic, LLC, Jose A. Conteras, and United Specialty Insurance Company, alleges and states as follows:

## I.  PARTIES AND JURISDICTION

1.      Plaintiff Nathan D. Brenzikofer is a resident of Harvey County, Kansas and a citizen of the State of Kansas.

2.      Defendant El-Roi Logistic, LLC is a Domestic Limited Liability Company organized under the laws of the State of Texas, with its principal place of business in Houston, Texas.  Defendant El-Roi Logistic, LLC may be served with process by serving its resident agent, Ismael Lopez, 13023 Sandhill Park LN, Houston, Texas 77044-5561.  Upon information and belief, none of the partners of defendant El-Roi Logistic, LLC are citizens of the State of Kansas.

3.      Defendant Jose A. Conteras resides in Houston, Harris County, Texas, and is a citizen of the State of Texas.

4.      Defendant United Specialty Insurance Company is a foreign corporation, existing under the laws of the State of Delaware, with its principal place of business in Bedford, Texas, and authorized to transact business in Kansas.  As an insurance company, service of process may be obtained on said defendant by serving the Commissioner of Insurance of the State of Kansas, pursuant to K.S.A. § 40-218.

5.      Subject matter jurisdiction of this Court is based on diversity of citizenship under 28 U.S.C. § 1332(a) and (c), in that the parties are citizens of different states, and the amount in controversy is in excess of $75,000.00, exclusive of interest and costs.

6.      This Court has personal jurisdiction over defendants El-Roi Logistic, LLC and Jose A. Conteras because (a) the defendants committed a tortious act in the State of Kansas, as described below, which is the subject of this lawsuit; and (b) said defendants were transacting business in this state through the operation of semi tractor-trailer at the time of the alleged wrongful conduct, as set forth below.

7.      This Court has personal jurisdiction over the defendant United Specialty Insurance Company because it (a) provided liability insurance coverage on the El-Roi Logistic, LLC semi tractor-trailer at the time of the subject motor vehicle collision, and (b) is registered to do business in this state and has provided irrevocable written consent under K.S.A. § 40-218, that any action may be commenced against it in the proper court of this state by serving the commissioner of insurance.

8.      Defendant El-Roi Logistic, LLC is a commercial motor carrier and is registered with the United States Department of Transportation, U.S. DOT #3091469.

9.      At the time of the subject motor vehicle collision, as described below, defendant Jose A. Conteras was an employee of defendant El-Roi Logistic, LLC.

10.     At the time of the subject motor vehicle crash described below, defendant Jose A. Conteras was operating a semi tractor-trailer owned by his employer, defendant El-Roi Logistic, LLC.

11.     The semi tractor-trailer was a commercial motor vehicle that consisted of a white 2007 Volvo with a VIN of 1JJV532W97L044153, and two tandem box trailers with the last trailer bearing a Texas license plate number of 177B024.  Defendant El-Roi Logistic, LLC was the owner of both the tractor and the trailers.

12.     Because defendant Jose A. Conteras was operating the commercial motor vehicle described above within the course and scope of his employment at the time of the subject collision, any negligence of defendant Jose A. Conteras, in the operation of said commercial motor vehicle, is likewise the negligence of his employer, defendant El-Roi Logistic, LLC.

## II.  CAUSES OF ACTION AGAINST DEFENDANTS EL-OI AND CONTERAS

13.     On June 4, 2021 at or about 7:50 p.m., in Newton, Harvey County, Kansas, defendant Jose A. Conteras did negligently, carelessly, wantonly and/or recklessly operate a El-Roi Logistic, LLC truck tractor-semitrailer-semitrailer combination vehicle, commonly referred to as a "B-train", so as to cause a collision with a pickup truck driven by the plaintiff, Nathan D. Brenzikofer.

14.     Before the collision, defendant Jose A. Conteras was operating the El-Roi Logistic, LLC B-train southbound on North Spencer Road, a two-lane paved roadway in Newton, Harvey County, Kansas, when he ran a stop sign controlling his lane of traffic at the intersection of East 1st Street and North Spencer Road.

15.     As defendant Ramsey proceeded south on North Spencer Road, plaintiff Nathan D. Brenzikofer was driving his white 2016 Chevrolet pickup truck westbound on East 1st Street approaching the intersection with North Spencer Road.

19.     Defendant Ramsey ran the stop sign controlling his lane of traffic, resulting in a collision in the intersection North Spencer Road and East 1st Street with the vehicle driven by plaintiff Nathan D. Brenzikofer that was proceeding westbound on East 1st Street.

20.     Defendant Jose A. Conteras failed to stop at the stop sign controlling his lane of traffic at the intersection of North Spencer Road and East 1st Street while he was driving the B-train.  Defendant Ramsey's conduct under these circumstances was a violation of the standard of care applicable to operators of commercial motor vehicles, constituting negligence on his part and, by extension, the part of defendant El-Roi Logistic, LLC, through the doctrine of respondeat superior.  This negligence was the direct and proximate cause of the subject motor vehicle collision, and the injuries and damages sustained by the plaintiff, Nathan D. Brenzikofer.

24.     Additionally, defendant Jose A. Conteras and defendant El-Roi Logistic, LLC were negligent in the following manner so as to cause the subject motor vehicle collision, as well as the injuries and damages of the plaintiff, Nathan D. Brenzikofer:

   a.  Failing to operate the El-Roi Logistic, LLC B-train in a safe manner and without interfering with other traffic on the highway [Title 49 CFR § 392.2, K.S.A. 8-1574];

   b.  Failing to use reasonable care to keep his vehicle under control and drive within his range of vision [see PIK Civil 4th 121.02];

   c.  Failing to keep a proper lookout for other vehicles in his line of vision which may affect his use of the highway [PIK 4th Civil 121.03];

d.   Failing to be qualified to drive a commercial motor vehicle [Title 49 CFR § 391.11];

e.   Failing to sound a horn or give warning at any time prior to the collision;

25.   The negligence of defendant Jose A. Conteras for failing to stop at the stop sign controlling is lane of traffic is a violation of the Federal Motor Carrier Safety Regulations [Title 49 CFR § 392.2] and state law [K.S.A. 8-1528] and, therefore, constitutes negligence *per se*, not only on his part but the part of defendant El-Roi Logistic, LLC as well.

27.   As a commercial motor carrier, defendant El-Roi Logistic, LLC is bound to follow the regulations of the Federal Motor Carrier Safety Administration (Title 49 C.F.R. § 300-399).  Any failure on the part of the defendant El-Roi Logistic, LLC to follow these regulations constitutes negligence.

28.   In addition to what is set forth above, the negligence of defendant El-Roi Logistic, LLC under these circumstances includes, but is not limited, to:

a.   Negligent hiring, entrustment, supervision, retention and training of its employee, defendant Jose A. Conteras;

b.   Failure of defendant's officers, drivers, agents, representatives & employees to be knowledgeable and comply with the rules of Title 49 CFR § Parts 300-399, including Part 396. [Title 49 CFR § 396.1];

c.   Failing to properly train its employees and drivers on how to safely operate commercial motor vehicles;

d.   Failing to implement adequate hiring procedures and driver qualifications that would prevent drivers, such as defendant Jose A. Conteras, from operating commercial motor vehicles;

e.  By otherwise breaching duties, common law or statutory, relating to the operation of commercial motor vehicles and the U.S. Department of Transportation;

f.  By failing to use that degree of care that an ordinary person would use under the same or similar circumstances.

29.  As a result of the aforementioned wrongful and negligent acts or omissions of the defendants Jose A. Conteras and El-Roi Logistic, LLC, plaintiff Nathan D. Brenzikofer sustained serious personal injuries and other damages, including but not limited to:  past and future medical expenses; past and future economic losses; past and future noneconomic losses, including pain and suffering, disability, mental anguish and property damage.

30.  Plaintiff Nathan D. Brenzikofer also brings this action on behalf of his wife, Shanna Brenzikofer, under K.S.A. 23-2605 for her loss of marital services due to the injuries her husband sustained as a consequence of the liability and fault of defendants, as set forth above.

## III. CAUSE OF ACTION AGAINST DEFENDANT UNITED SPECIALTY

32.  Defendant El-Roi Logistic, LLC, as a licensed commercial motor carrier engaged in interstate commerce, is required to comply with the provisions of Title 49 U.S.C.A. 301 *et seq*. Under Section 387.9 of Title 49, such carriers are required to have certain minimum levels of financial responsibility (liability insurance).

33.  Defendant El-Roi Logistic, LLC was insured by defendant United Specialty Insurance Company, Policy Number XXXXXX9600.  This policy provides liability insurance coverage on the defendants El-Roi Logistic, LLC and Jose A. Conteras for the subject motor vehicle collision.

34.     Defendant United Specialty Insurance Company is directly liable to plaintiff Nathan D. Brenzikofer, pursuant to K.S.A. 66-1,128. *See Stevens v. Yusuf,* 2021 U.S. Dist. LEXIS 189484, 2021 WL 4502172 (D. Kan., Oct. 1, 2021).

## IV.  PRAYER FOR RELIEF

WHEREFORE, plaintiff Nathan D. Brenzikofer, prays for judgment against defendants El-Roi Logistic, LLC., Jose A. Conteras, and United Specialty Insurance Company, for a sum in excess of $75,000.00, for the costs of this action, and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,
RIEDMILLER, ANDERSEN & SCOTT, LLC
The Buttermilk Lion Building
532 North Market
Wichita, Kansas 67214
T:  (316) 263-0001
F:  (316) 263-3853
E: don@ras.law; roger@ras.law; mark@ras.law

*/s/ Mark A. Scott*
Donald S. Andersen, #12552
Roger A. Riedmiller, #13211
Mark A. Scott, #16045
*Attorneys for Plaintiff Nathan D. Brenzikofer*

## <u>DEMAND FOR JURY TRIAL</u>
## <u>AND DESIGNATION OF PLACE OF TRIAL</u>

Plaintiff Nathan D. Brenzikofer requests a trial by jury at the federal courthouse in Wichita, Kansas on all matters in controversy in the above-captioned matter.

*/s/ Mark A. Scott*
Donald S. Andersen, #12552
Roger A. Riedmiller, #13211
Mark A. Scott, #16045
THE LAW OFFICE ROGER A. RIEDMILLER
The Buttermilk Lion Building
532 North Market Street
Wichita, Kansas 67214
(316) 263-0001 - Phone
(316) 263-3853 – Fax
E-mail: mark@ras.law; don@ras.law;
roger@ras.law
*Attorneys for Plaintiff Nathan D. Brenzikofer*

## <u>NOTICE OF POTENTIAL UNINSURED/UNDERINSURED</u>
## <u>MOTORIST CLAIM CERTIFICATE OF MAILING</u>

Comes now the plaintiff, by and through her attorneys and gives notice of a potential Uninsured/Underinsured Motorist Claim to Union Insurance Company of Providence, plaintiff's Uninsured/Underinsured Motorist insurance carrier.

The undersigned does hereby certify that a copy of the above-captioned Petition, along with this notice, was deposited in the United States mail, first class, postage pre-paid and by certified mail, return receipt requested, on the xxx15th day of August 2022, properly addressed to:

American Family Insurance Group
6000 American Parkway
Madison, WI 53783

Re:    **Date of Loss:**    **6/4/2021**
        **Policy No.:**    **2518-3192-03**
        **Your Insured:**    **Nathan Brenzikofer**

/s/ Mark A. Scott
Donald S. Andersen, #12552
Roger A. Riedmiller, #13211
Mark A. Scott, #16045
*Attorneys for Plaintiff Nathan D. Brenzikofer*